**SAUL EWING LLP**
BY:   Ruth A. Rauls, Esq.
650 College Road East, Suite 4000
Princeton, N.J. 08540
p: (609) 452-5049
f: (609) 452 6114
rrauls@saul.com
*Attorneys for Defendant*
*Lincoln National Life Insurance Company*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ──────────────────────────── : <br> ANDREW L. SCHLAFLY, on Behalf : <br> of Himself Individually and on Behalf : <br> of All Other Members of Eagle : <br> Forum, a Non-Profit Membership : <br> Corporation, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> THE LINCOLN NATIONAL LIFE : <br> INSURANCE COMPANY and JOHN : <br> HANCOCK LIFE INSURANCE : <br> COMPANY (USA), : <br> : <br> Defendants. : <br> ──────────────────────────── : <br> : <br> THE LINCOLN NATIONAL LIFE : <br> INSURANCE COMPANY, : <br> : <br> Third-Party Plaintiff, : <br> : <br> v. : <br> : <br> ANNE SCHLAFLY CORI, EUNIE : | CIVIL ACTION <br> NO. 2:17-cv-02522-ES-SCM <br><br><br><br><br> **NOTICE OF MOTION OF DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY TO DEPOSIT SUM OF MONEY WITH THE COURT** |

1

|  |  |
|---|---|
| SMITH, CATHIE ADAMS, ROSINA KOVAR, CAROLYN MCLARTY, SHIRLEY CURRY, EDWARD R. MARTIN, JR., JOHN F. SCHLAFLY, BRUCE S. SCHLAFLY, KATHLEEN SULLIVAN, ESTATE OF PHYLLIS M. SCHLAFLY, EAGLE TRUST FUND, THE SCHLAFLY IRREVOCABLE INSURANCE TRUST, EAGLE FORUM EDUCATION AND LEGAL DEFENSE FUND, AND EAGLE FORUM, | : : : : : : : : : : : : : : |
| Third-Party Defendants. _____ | : : : : |

**PLEASE TAKE NOTICE** that on June 5, 2017, or as soon thereafter as counsel may be heard, Defendant The Lincoln National Life Insurance Company ("Lincoln"), by and through its undersigned counsel and pursuant to Rule 67 of the Federal Rules of Civil Procedure and Local Civil Rule 67.1, will move before the Honorable Esther Salas, U.S.D.J. for the United States District Court for the District Court of New Jersey, for an order granting Lincoln leave to deposit a sum of money with the Court.

**PLEASE TAKE FURTHER NOTICE** that Lincoln shall rely upon the accompanying Memorandum of Law in support of this Motion.

2

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order accompanies this Motion.

Dated: May 3, 2017
      Princeton, New Jersey

                                      By: */s/ Ruth A. Rauls*
                                            Ruth A. Rauls
                                            Valerie G. Pennacchio
                                            SAUL EWING LLP
                                            650 College Rd E
                                            Ste 4000
                                            Princeton, NJ 08540
                                            rrauls@saul.com
                                            vpennacchio@saul.com
                                            (609) 452-5049
                                            (973) 286-6717

                                            *Attorneys for Defendant*
                                            *The Lincoln National Life*
                                            *Insurance Company*
                                            *Company*