**FLASTER/GREENBERG P.C.**
By:  Darren H. Goldstein, Esquire (NJ ID # 004021998)
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002
Phone: (856) 661-1900
Fax:     (856) 661-1919
E-mail: darren.goldstein@flastergreenberg.com
*Attorneys for Defendant John Hancock Life Insurance Company (U.S.A.)*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW L. SCHLAFLY, on Behalf of Himself Individually and on Behalf of All Other Members of Eagle Forum, a Non-Profit Membership Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY and JOHN HANCOCK LIFE INSURANCE COMPANY (USA),<br><br>          Defendants.<br>―――――――――――――――――――<br>JOHN HANCOCK LIFE INSURANCE COMPANY (USA),<br><br>          Third-Party Plaintiff,<br><br>     v.<br><br>ANNE SCHLAFLY CORI, EUNIE SMITH, CATHIE ADAMS, ROSINA KOVAR, CAROLYN MCLARTY, SHIRLEY CURRY, EDWARD R. MARTIN, JR., JOHN F. SCHLAFLY, BRUCE S. SCHLAFLY, KATHLEEN SULLIVAN, ESTATE OF PHYLLIS M. SCHLAFLY, EAGLE TRUST FUND, EAGLE FORUM EDUCATION AND LEGAL DEFENSE FUND, AND EAGLE FORUM,<br><br>          Third-Party Defendants. | CIVIL ACTION<br>NO.  2:17-cv-02522-ES-SCM<br><br><br><br><br><br><br>**NOTICE OF MOTION OF DEFENDANT JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) TO DEPOSIT SUM OF MONEY WITH THE COURT** |

6228762 v1

**PLEASE TAKE NOTICE** that on June 5, 2017, or as soon thereafter as counsel may be heard, Defendant John Hancock Life Insurance Company (U.S.A.) ("John Hancock"), by and through its undersigned counsel and pursuant to Rule 67 of the Federal Rules of Civil Procedure and Local Civil Rule 67.1, will move before the Honorable Esther Salas, U.S.D.J. for the United States District Court for the District Court of New Jersey, for an order granting John Hancock leave to deposit a sum of money with the Court.

**PLEASE TAKE FURTHER NOTICE** that John Hancock shall rely upon the accompanying Memorandum of Law in support of this Motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order accompanies this Motion.

**FLASTER GREENBERG, P.C.**

/s/ Darren H. Goldstein, Esq.
Darren H. Goldstein, Esquire
1810 Chapel Avenue West
Cherry Hill, NJ 08002
darren.goldstein@flastergreenberg.com
(856) 661-1900
*Attorneys for Defendant John Hancock Life Insurance Company (U.S.A.)*

Dated: May 3, 2017

6228762 v1