UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
**ESTHER SALAS**
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 2037
NEWARK, NJ 07101
973-297-4887

June 12, 2018

# LETTER ORDER

Re:   *Schlafly v. The Lincoln National Life Insurance Co., et al.*
         **Civil Action No. 17-2522 (ES) (SCM)**

Dear Parties:

Pending before the Court are Defendant John Hancock Life Insurance Company's motion for attorney's fees and costs (D.E. No. 156) and Defendant Lincoln National Life Insurance Company's motion for attorney's fees and costs (D.E. No. 172).

On May 21, 2018, the Honorable Steven C. Mannion, U.S.M.J., issued a Report and Recommendation ("R&R") recommending that this Court grant Defendants' motions and advised the parties that they had until June 4, 2018 to file and serve any objections to the R&R under Local Civil Rule 72.1(c)(2).  (D.E. No. 198).   To date, parties have not filed any objections.

The Court has considered the parties' submissions, as well as Magistrate Judge Mannion's R&R, and for the reasons stated therein,

IT IS on this 12th day of June 2018,

**ORDERED** that this Court adopts Magistrate Judge Mannion's R&R in full; and it is further

**ORDERED** that the Clerk of Court shall terminate docket entries 156, 172, and 198.


*s/Esther Salas*  _
**Esther Salas, U.S.D.J.**