Not for Publication

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

ANDREW L. SCHLAFLY, *on behalf of himself individually and on behalf of all other members of Eagle Forum, a non-profit membership corporation*,

　　　　Plaintiff,

　v.

EAGLE FORUM, *et al.*,

　　　　Defendants.

Civil Action No. 17-2522 (ES) (SCM)

ORDER

**SALAS, DISTRICT JUDGE**

　　Before the Court are the motions to dismiss by Plaintiff Andrew Schlafly; Defendant Eagle Forum; and Defendants Edward Martin, Jr., John Schlafly, Estate of Phyllis Schlafly, Eagle Trust Fund, and Eagle Forum Education and Legal Defense Fund ("Eagle Trust Defendants"). (D.E. Nos. 205, 209, 210 & 229). The Court having considered the relevant submissions and having decided the matter without oral argument; and for the reasons stated in the Court's accompanying Opinion;

　　IT IS on this 14th day of June 2019,

　　**ORDERED** that Defendant Eagle Forum's motion to dismiss Plaintiff Andrew Schlafly's Second Amended Complaint with Class Action (D.E. No. 205) is GRANTED and Plaintiff's Second Amended Complaint with Class Action (D.E. No. 204) is DISMISSED *with prejudice*; and it is further

　　**ORDERED** that Defendant Eagle Forum's motion to dismiss Eagle Trust Defendants' Crossclaims (D.E. No. 229) is GRANTED and Eagle Trust Defendants' Crossclaims (D.E. 207)

are DISMISSED *with prejudice*; and it is further

**ORDERED** that Andrew Schlafly's motion to dismiss Eagle Forum's Counterclaims (D.E. No. 209) is GRANTED with respect to Eagle Forum seeking costs and attorneys' fees on its Counterclaims (D.E. No. 206); and it is further

**ORDERED** that Andrew Schlafly's motion to dismiss Eagle Forum's Counterclaims (D.E. No. 209) is DENIED with respect to Eagle Forum's declaratory judgment on its Counterclaims (D.E. No. 206); and it is further

**ORDERED** that Eagle Trust Defendants' motion to dismiss Eagle Forum's Crossclaims (D.E. No. 210) is DENIED; and it is further

**ORDERED** that within 30 days from the date of this Order, Defendant Eagle Forum SHALL prepare an order to disburse the interpleaded funds pursuant to Local Civil Rule 67.1(b); and it is further

**ORDERED** that the Clerk of Court TERMINATE Docket Entry Numbers 205, 209, 210, and 229.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**