# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW L. SCHLAFLY, *on behalf of himself individually and on behalf of all other members of Eagle Forum, a non-Profit membership corporation,*<br><br>Plaintiff,<br>v.<br>EAGLE FORUM, *et al.*,<br><br>Defendants. | Civil Action No. 17-2522 (ES) (SCM)<br><br>**ORDER TO DISBURSE INTERPLEADED FUNDS** |

AND NOW, this 2nd day of July, 2019, for the reasons stated in this Court's Opinion entered on June 17, 2019 (Doc. 238), it is hereby **ORDERED** that the Clerk of the Court shall forthwith pay from the appropriate account(s) in the C.R.I.S. the total principal amount of $3,271,593.51, plus all accrued interest and minus any Court administrative fee(s), to Eagle Forum c/o James Sanders, Esq., SmithAmundsen LLC, 120 S. Central Avenue, Suite 700, St. Louis, MO 63105 ("Recipient"), or as instructed in writing by Recipient.

_____
HON. ESTHER SALAS, U.S.D.J.

I recommend approval of the above order and declare that no lien or other claim against monies deposited in the Registry of the Court in this matter is on file in my office as of this date.

Dated: 7/1/2019

Dennis S. Howard
(~~Clerk~~/Deputy Clerk)

{01778846;v1}