Case 2:17-cv-02522-ES-MAH   Document 250   Filed 07/08/19   Page 1 of 1 PageID: 4039

Not for Publication

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANDREW L. SCHLAFLY**, *on behalf of himself individually and on behalf of all other members of Eagle Forum, a non-profit membership corporation*, <br><br> **Plaintiff,** <br><br> v. <br><br> **EAGLE FORUM**, *et al.*, <br><br> **Defendants.** | Civil Action No. 17-2522 (ES) (SCM) <br><br> **ORDER** |

**SALAS, DISTRICT JUDGE**

Before the Court is Plaintiff Andrew Schlafly's ("Plaintiff") July 5, 2019, letter requesting a stay of the Court's July 2, 2019 Order (D.E. No. 247); and it appearing that Plaintiff, as well as Eagle Trust Fund, Edward R. Martin, Jr., Estate of Phyllis M. Schlafly, John F. Schlafly, Eagle Forum Education and Legal Defense Fund (collectively, "Eagle Trust Defendants"), filed timely appeals; and it appearing that the requested stay would preserve the status quo pending disposition of said appeals;[1]

IT IS on this 8th day of July 2019,

**ORDERED** that the Court's July 2, 2019 Order to Disburse Interpleaded Funds (D.E. No. 246) is stayed pending the resolution of the parties' appeals before the Third Circuit Court of Appeals.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**

---

[1] *Sansom Comm. by Cook v. Lynn*, 735 F.2d 1552, 1554 (3d Cir. 1984).