Andrew L. Schlafly (AS4533)
Attorney at Law
939 Old Chester Rd.
Far Hills, NJ 07931
(908) 719-8608
*Attorney for Plaintiff Andrew L. Schlafly*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW L. SCHLAFLY, on Behalf of Himself Individually and on Behalf of All Other Members of Eagle Forum, a Non-Profit Membership Corporation,<br><br>*Plaintiff*,<br><br>vs.<br><br>EAGLE FORUM, EDWARD R. MARTIN, JR., JOHN F. SCHLAFLY, ESTATE OF PHYLLIS M. SCHLAFLY, EAGLE TRUST FUND, AND EAGLE FORUM EDUCATION AND LEGAL DEFENSE FUND,<br><br>*Defendants.* | CASE No. 2:17-cv-02522-ES-MAH |

**RENEWED JOINT STATUS REPORT**

As ordered by this Court (D.E. 270), the remaining parties in this case (the "Parties") hereby submit their Renewed Joint Status Report, through undersigned counsel for the Plaintiff after conferring with counsel for the other Parties. This updates the Court as to changes since their last filed Joint Status Report. (D.E. 269)

Case Nos. 19-2405, 19-2406, & 19-2583 are pending before the U.S. Court of Appeals for the Third Circuit. Mediation has concluded in those cases without resolving them, and the opening brief is due to be filed on June 18, 2021.

Dated:  April 6, 2021                    Respectfully submitted,

                                                   ANDREW L. SCHLAFLY, ESQ.
                                                   Attorney for Plaintiff

                                                   By: s/ Andrew L. Schlafly

                                                 Andrew L. Schlafly (AS4533)
                                                 Attorney at Law
                                                 939 Old Chester Rd.
                                                 Far Hills, NJ 07931
                                                 Tel:  (908) 719-8608
                                                 Fax:  (908) 934-9207
                                                 Email: aschlafly@aol.com