UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 19-2405, 19-2406, 19-2583
_____

ANDREW L. SCHLAFLY, on behalf of himself individually and on behalf
of all other members of Eagle Forum, a non-profit membership corporation,
Appellant in No. 19-2405

v.

EAGLE FORUM; EDWARD R. MARTIN, JR., MO; JOHN F. SCHLAFLY;
ESTATE OF PHYLLIS M. SCHLAFLY; EAGLE TRUST FUND;
EAGLE FORUM EDUCATION & LEGAL DEFENSE FUND

EDWARD R. MARTIN, JR., MO; JOHN F. SCHLAFLY;
ESTATE OF PHYLLIS M. SCHLAFLY; EAGLE TRUST FUND;
EAGLE FORUM EDUCATION & LEGAL DEFENSE FUND,
Appellants in Nos. 19-2406, 19-2583

_____

On Appeal from the United States District Court
for the District of New Jersey
(District Court No. 2-17-cv-02522)
District Judge: Honorable Esther Salas
_____

Submitted Under Third Circuit L.A.R. 34.1 (a)
March 3, 2022

Before: McKEE, AMBRO, and SMITH, *Circuit Judges*

1

_____

**JUDGMENT**

_____

This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was submitted on March 3, 2022.

On consideration whereof, it is now hereby **ADJUDGED** and **ORDERED** that the judgment of the District Court entered June 17, 2019 and the order entered July 3, 2019, be and the same are hereby **AFFIRMED**. All of the above in accordance with the opinion of this Court. Costs taxed against Appellants.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: April 28, 2022