IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Andrew L. Schlafly (AS4533)
Attorney at Law
939 Old Chester Rd.
Far Hills, NJ 07931
(908) 719-8608
*Attorney for Plaintiff Andrew L. Schlafly*

| | |
|---|---|
| ANDREW L. SCHLAFLY, on Behalf of Himself Individually and on Behalf of All Other Members of Eagle Forum, a Non-Profit Membership Corporation,<br><br>*Plaintiff*,<br><br>vs.<br><br>EAGLE FORUM, EDWARD R. MARTIN, JR., JOHN F. SCHLAFLY, ESTATE OF PHYLLIS M. SCHLAFLY, EAGLE TRUST FUND, AND EAGLE FORUM EDUCATION AND LEGAL DEFENSE FUND,<br><br>*Defendants*. | CASE No. 2:17-cv-02522-ES-MAH<br><br><br><br>**PLAINTIFF'S POSITION ON THE PENDING REQUEST FOR A STAY** |

      As requested by this Court in its Order dated June 18, 2022 (D.E. No. 279), Plaintiff Andrew L. Schlafly ("Plaintiff") hereby states his position on the pending request for a stay (D.E. Nos. 277 & 278). Plaintiff appreciates the careful attention provided by Your Honor to this complicated interpleader case involving many parties.

      Plaintiff supports a stay for reasons already submitted by other parties. Plaintiff adds that during the appeal in this case a substantial federal judgment was rendered against Eagle Forum, which nearly two years later remains unsatisfied by Eagle Forum. *Eagle Forum v. Phyllis Schlafly's Am. Eagles*, 498 F. Supp. 3d 1024, 1050 (S.D. Ill. 2020) (entering a judgment against Eagle Forum of nearly $70,000). I am coincidentally aware of this as a volunteer director of the prevailing party in that case. There may also be other unrelated creditors holding unsatisfied judgments against Eagle Forum, about which this Court could require a representation by Eagle Forum pursuant to L.Civ.R. 67.1, to ensure a fair distribution of interpleaded funds.

Under L.Civ.R. 67.1(b)(4), a pending "lien or other claim" against interpleaded funds deposited into the court is a valid reason to delay distribution, lest creditors be denied fair relief. To ensure equitable distribution of these remaining assets to creditors, Plaintiff respectfully requests a continuation of the stay. If it please the Court, Plaintiff consents to referral to a magistrate judge on this issue of a liquidated federal judgment against Eagle Forum, and other liquidated claims against it, under L.Civ.R. 67.1 (which was amended on March 24, 2021).

Thank you, Your Honor, for your efforts on this matter.

Dated: June 21, 2022               ANDREW L. SCHLAFLY, ESQ.

                                   */s/* Andrew L. Schlafly
                                   Andrew L. Schlafly (AS4533)
                                   Attorney at Law
                                   939 Old Chester Road
                                   Far Hills, New Jersey 07931
                                   908-719-8608
                                   aschlafly@aol.com

                                   *Attorney for Plaintiff Andrew L. Schlafly*