## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANDREW L. SCHLAFLY** *on behalf of Himself individually and on behalf of all other Members of Eagle Forum, a non-Profit membership corporation,*<br><br>**Plaintiff,**<br><br>v.<br><br>**EAGLE FORUM,** *et al.*<br><br>**Defendants.** | Civil Action No.: 17-2522-ES-SCM<br><br>**ORDER LIFTING STAY AND TO DISBURSE INTERPLEADED FUNDS** |

**SALAS, DISTRICT JUDGE**

     **AND NOW,** this 30th day of June, 2022, it is hereby **ORDERED** that the previously issued stay (D.E. 250) is lifted and the Court's Order to Disburse Interpleaded Funds (D.E. 246) is in effect and shall be complied with immediately.

                                                        _____
                                                            HON. ESTHER SALAS, U.S.D.J.